## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT CR 11-280 MJD/JSM |
| Plaintiff, | ) |
| | ) (21 U.S.C. § 841(a)(1)) |
| v. | ) (21 U.S.C. § 841(b)(1)(A)) |
| | ) (21 U.S.C. § 841(b)(1)(B)) |
| 1. URIEL MAGANA-FARIAS, | ) (21 U.S.C. § 846) |
| | ) (21 U.S.C. § 853) |
| 2. JOSE RAFAEL OCEGUARA, | ) |



3. MIGUEL ANGEL SANCHEZ-RODRIGUEZ,
   a/k/a Angel Gallardo,

4. JESUS LOPEZ-VASQUEZ,
   a/k/a Hector Benitz Gutierrez,

5. JAVIER HERNANDEZ-CORIA,

6. SUSANA BARRAGAN-SANCHEZ,

7. ADELAIDA BARRAGAN-SANCHEZ,

8. JOSE RAMIREZ-VALDOVINOS,

9. SCOTT WAYNE DOREE,

10. ROBERT ALAN DELFORIN,

11. BRIAN ROBERT BIBEAU,

12. TODD ALLEN MUDGETT,

13. JAMES PETER JEANETTA,

14. HAROLD JAMES HURLEY,

15. JACOB DWIGHT OLMSTEAD,

16. ERIKA ROMERO MONTENEGRO,

17. LAWRENCE JOSEPH MARTINEZ,

18. JUDY LYNN REDHORN,

19. DUANE EUGENE SMITH,

20. JOSE BARRAGAN-SANCHEZ,
    a/k/a Chuy,

21. JUAN CARLOS RUIZ-MEZA, and

22. JOSE JUAN GALLARDO,

Defendants.

FILED SEP 0 7 2011
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD___
DEPUTY CLERK _____

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy to Distribute and
Possess with Intent to Distribute)

From in or about January of 2010 and continuing through in or about September, 2011, in the State and District of Minnesota, the defendants,

> URIEL MAGANA-FARIAS,
> JOSE RAFAEL OCEGUARA,
> MIGUEL ANGEL SANCHEZ-RODRIGUEZ,
> a/k/a Angel Gallardo,
> JESUS LOPEZ-VASQUEZ,
> a/k/a Hector Benitz Gutierrez,
> JAVIER HERNANDEZ-CORIA,
> SUSANA BARRAGAN-SANCHEZ,
> ADELAIDA BARRAGAN-SANCHEZ,
> JOSE RAMIREZ VALDOVINOS,
> SCOTT WAYNE DOREE,
> ROBERT DELFORIN,
> BRIAN ROBERT BIBEAU,
> TODD ALLEN MUDGETT,
> JAMES PETER JEANETTA,
> HAROLD JAMES HURLEY,
> JACOB DWIGHT OLMSTEAD,
> ERIKA ROMERO MONTENEGRO,
> LAWRENCE JOSEPH MARTINEZ,
> JUDY LYNN REDHORN,
> DUANE EUGENE SMITH,
> JOSE BARRAGAN-SANCHEZ,
> a/k/a Chuy,
> JUAN CARLOS RUIZ-MEZA, and
> JOSE JUAN GALLARDO,

knowingly and intentionally conspired with each other and with other persons, whose names are known and unknown to the grand jury, to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, and 100 kilograms of a mixture and substance containing marijuana, all in violation of

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 846.

## **FORFEITURE ALLEGATIONS**

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a).

If convicted of Count 1 of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2), any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of said violation, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violation.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY              FOREPERSON