IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 11-280(16)(MJD/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) ORDER DENYING MOTION TO REVOKE |
| | ) RELEASE ORDER AND MODIFYING |
| v. | ) CONDITIONS OF RELEASE |
| | ) |
| ERIKA ROMERO MONTENEGRO, | ) |
| | ) |
| Defendant. | ) |

This matter came before the Honorable Chief Judge Michael J. Davis on the United State's motion for an order to revoke the order of Magistrate Donna Ryu, Northern District of California, releasing the defendant on conditions and an unsecured bond. The United States was represented by Assistant United States Attorney Steven L. Schleicher. The defendant was not present but was represented by her appointed attorney, Peter Wold.

The Court, having considered the matter, including the proffer of the United States, the report and recommendation of the Pre-Trial Services officer from the Northern District of California, and the arguments of counsel, makes the following:

**ORDER**

1. The motions of the United States is DENIED;

2. The defendant's conditions of release are modified as follows: the defendant shall be subject to a location monitoring program consistent with that offered and available in the Northern District of California and the defendant shall abide by all

1

requirements of that program as directed by her supervising officer;

3. The defendant shall not be released until such time as such monitoring program is available and in place;

4. All other terms and conditions of the defendant's release shall remain in effect;

5. The defendant shall appear in the District of Minnesota for her first appearance on the Indictment on Monday, September 26, 2011, at 2 P.M. before the Honorable Steven Rau, in Courtroom 3C, at the Federal Courthouse located at 316 Robert Street, St. Paul, Minnesota, 55101.

Dated: September 21, 2011     s/ Michael J. Davis

                                             Honorable Michael J. Davis
                                             Chief Judge
                                             United States District Court