UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 11-280 (16) (MJD/JSM)

UNITED STATES OF AMERICA

       Plaintiff                   ORDER

   v.

Erika Romero Montenegro,

       Defendant.

---

     The Government has filed a Motion to Confirm the Waiver of Attorney Client Privilege [Doc. #847] with the Court.   IT IS HEREBY ORDERED that the Defendant, Erika Romero Montenegro, shall file a response to the motion on or before December 2, 2013.

     The briefing schedule on the Pro Se Motion to Vacate, Set Aside or Correct  Sentence, under Title 28, United States Code, Section 2255 [Doc. #845] has been suspended. A new briefing schedule will be ordered after the ruling on the Motion to Confirm the Waiver of Attorney Client Privilege [Doc. #847].


Dated: October 23, 2013

                                           s/Michael J. Davis
                                           JUDGE MICHAEL J. DAVIS
                                           CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT