CRIMINAL NO. 11-280 (16) (MJD/JSM)

I, Erika Romero Montenegro, knowing, voluntary and intelligent confirm the waiver of Attorney Client Privilege.

This document authorizes and directs my previous attorney to release my files and discuss my privileged communications with attorneys, the Department of Corrections, probation and parole officers, governmental agencies, media, as well as all other persons deemed necessary in evaluating my case, and to examine and photocopy all communications, correspondences, investigation reports, probation reports, custodial files, medical evaluation, employment records, and other documents pertaining to me in the possession of such persons or agencies.

DATED: 11-08-13

Erika Montenegro R.
DEFENDANT SIGNATURE

Erika Montenegro R.
PRINT NAME

SCANNED

NOV 1 2 2013

U.S. DISTRICT COURT ST. PAUL